* (*Strong, Sedgwick, Sewall,* and *Thacher,* justices, [ * **156** ] present.)

*Thomas* and *B. Whitman* for the plaintiff.

*Parsons* and *Paddelford* for the defendants.

---

### DUDLEY BAILEY *versus* THOMPSON BAXTER.

*Practice.*—Supersedeas to execution on granting a writ of error, on bond being given to the adverse party.

DUNBAR moved for a writ of error, on a judgment recovered by *Baxter* against *Bailey* at the Court of Common Pleas in this county, rendered on the report of referees, for a considerable sum in costs beyond what was authorized by the award; on which judgment an execution had been issued, and was in the hands of the sheriff.

The Court (*Strong, Sedgwick,* and *Sewall,* justices) granted the writ of error, and a *supersedeas* to the execution, *Bailey* giving bond, with sureties, to the adverse party, to respond all damages and costs in case the judgment should be affirmed.